IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-271-D

KIMBERLY BIGGS, in her individual )
capacity and as guardian ad litem of )
L.B., and L.B., )
)
                Plaintiffs, )
)
v. )      **ORDER**
)
EDGECOMBE COUNTY PUBLIC )
SCHOOLS BOARD OF EDUCATION, et al., )
)
)
                Defendants, )

Plaintiff's motion to file a second amended complaint [D.E. 55] is GRANTED. The amended complaint is due no later than August 18, 2017. Defendants may plead in response to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3). The motions to dismiss [D.E. 37, 39, 45] the earlier complaint are DENIED as moot.

SO ORDERED. This 14 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge