IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-271-D

KIMBERLY BIGGS, in her individual )
capacity and as guardian ad litem of )
L.B., and L.B., )
)
                Plaintiffs, )
)
v. ) **ORDER**
)
EDGECOMBE COUNTY BOARD )
OF EDUCATION, et al., )
)
                Defendants. )

The court GRANTS IN PART and DENIES IN PART defendants' motion for summary judgment [D.E. 119], DENIES defendant Edgecombe County Board of Education's motion for summary judgment [D.E. 121], GRANTS defendant Farrelly's motion for summary judgment [D.E. 122], and DENIES plaintiff L.B.'s motion for partial summary judgment [D.E. 126]. In due course, the court will issue an order expounding on these conclusions. After the court issues the order, the parties shall participate in a court-hosted mediation with a United States Magistrate Judge. If the case does not settle, the court will hold a status conference to discuss and schedule the trial.

SO ORDERED. This 31 day of March 2020.

                                                        JAMES C. DEVER III
                                                        United States District Judge