IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-00271-D

| | |
|---|---|
| L.B., | ) |
|     Plaintiff, | ) ) ) ) |
| v. | ) **STIPULATION OF DISMISSAL** |
| | )     **WITH PREJUDICE** |
| EDGECOMBE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, et al., | ) ) ) |
|     Defendants. | ) |

Pursuant to Rule 41(a)(1)(A)(ii), plaintiff L.B. and all defendants, by and through undersigned counsel, stipulate to the dismissal of all claims of L.B. in this matter *with prejudice* as to all defendants.

This the 23d day of December 2020.

/s/
Leto Copeley
N.C. State Bar No. 12624
White & Stradley, PLLC
3105 Charles B. Root Wynd
Raleigh, North Carolina 27612
(919) 844-0400
leto@whiteandstradley.com

/s/
Stacey Gahagan
N.C. State Bar No. 44393
3326 Durham Chapel Hill Blvd., Suite 210-C
Durham, NC 27707
(919) 942-1430
sgahagan@ncgplaw.com

*Attorneys for Plaintiff*

/s/
Donna Rascoe
N.C. State Bar No. 20078
Cranfill Sumner & Hartzog LLP
5420 Wade Park Blvd., #300
Raleigh, NC 27607
drascoe@cshlaw.com
*Attorneys for Defendants Marc Whichard,
Craig Harris, Bill Strother, Alaina Ritter,
Alyssa Parrish-Stafford, Dana Harmon,
Miles Stafford, and Rebecca Sugg*


/s/ Melissa J. Michaud
Melissa J. Michaud (N.C. State Bar No. 39919)
THARRINGTON SMITH, L.L.P.
150 Fayetteville Street, Suite 1800 (27601)
Post Office Box 1151
Raleigh, North Carolina 27602-1151
Telephone: (919) 821-4711
Fax: (919) 829-1583
E- mail: mmichaud@tharringtonsmith.com
*Attorneys for Defendants Edgecombe County
Board of Education and John Farrelly*

2

Case 4:16-cv-00271-D   Document 234   Filed 12/23/20   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Stipulation of Dismissal With Prejudice** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such to the following:

Melissa J. Michaud
THARRINGTON SMITH, L.L.P.
150 Fayetteville Street, Suite 1800 (27601)
Post Office Box 1151
Raleigh, North Carolina 27602-1151
mmichaud@tharringtonsmith.com
*Attorneys for Defendants Edgecombe County*
*Board of Education and John Farrelly*

Donna Rascoe
Katie Jefferson
Cranfill Sumner & Hartzog LLP
5420 Wade Park Blvd., #300
Raleigh, NC 27607
drascoe@cshlaw.com
kjefferson@cshlaw.com
*Attorneys for Defendants Marc Whichard,*
*Craig Harris, Bill Strother, Alaina Ritter,*
*Alyssa Parrish-Stafford, Dana Harmon,*
*Miles Stafford, and Rebecca Sugg*

This the _____ day of December 2020.

/s/_____
Leto Copeley
N.C. State Bar No. 12624
White & Stradley, PLLC
3105 Charles B. Root Wynd
Raleigh, North Carolina 27612
(919) 844-0400
leto@whiteandstradley.com